[No. 20779-6-II.    Division Two.    February 20, 1998.]

PHYLLIS A. BARRETT, *Appellant*, v. MICHAEL J. RICE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-11841-6, Frederick W. Fleming, J., entered May 24, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Seinfeld, J.

[No. 39243-3-I.    Division One.    February 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY GENE WESTOM, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-00212-1, Gerald L. Knight, J., entered July 17, 1996. *Affirmed* by unpublished opinion per Webster, J., concurred in by Kennedy, A.C.J., and Ellington, J.

[No. 39354-5-I.    Division One.    February 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN EVERETT HEDGES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07937-3, JoAnne Alumbaugh, J., entered July 5, 1996. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker, C.J., and Grosse, J.

[No. 39780-0-I.    Division One.    February 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY CURT HOMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-02032-6, Marilyn R. Sellers, J., entered November 4, 1996. *Affirmed* by unpublished per curiam opinion.